# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman  
Jeremy Schneider  
Robert A. Soloway  
David Stern  
Rachel Perillo  

Tel: (212) 571-5500  
Fax: (212) 571-5507  

December 11, 2024

BY ECF

Hon. Margaret M. Garnett  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, New York 10007  

Re: United States v. Hector Munoz Dominguez, 24 Cr. 535 (MMG)

Dear Judge Garnett:

At the initial pre-trial conference in this matter of September 24, 2024, the Court fixed the due date for government discovery production as October 15, and the date for defense motions as December 16. The government was delayed in getting out certain discovery and the parties have consequently agreed, should the Court permit, that the date for defense motions shall be extended to and including December 30, 2024. It was further agreed that the remaining briefing schedule would remain intact, providing for opposition papers by January 6, with reply by January 13, 2025.

It is respectfully requested that the agreement among the parties be approved by the Court. Thank you very much for your attention to this matter.

Respectfully submitted,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc

cc: AUSA Jerry J. Fang  
(by ECF)

Request GRANTED. The deadline for any pretrial motions is extended to December 30, 2024. Opposition and reply papers remain due by January 6 and 13, 2025, respectively. SO ORDERED.

Dated: 12/11/2024