# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
Rachel Perillo

Tel: (212) 571 5500
Fax: (212) 571 5507

January 23, 2025

BY ECF

Hon. Margaret M. Garnett
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

       Re: United States v. Hector Munoz Dominguez, 24 Cr. 535 (MMG)

Dear Judge Garnett:

    I write jointly from the parties to inform the Court that we are working toward a negotiated resolution of this matter, and to request an extension of tomorrow's status conference to a date during the week of March 3, 2025 when the parties expect to request a change of plea hearing. I note that the defense agrees to an exclusion of time until the next date for the purpose of continuing plea discussions.

    Thank you very much for your attention to this matter.

Respectfully submitted,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc

cc: AUSA Jerry J. Fang
    (by ECF)

---

Request GRANTED. The Status Conference is hereby adjourned to Wednesday, March 5, 2025 at 1:00 p.m. Speedy trial time excluded until March 5, 2025, in order to allow time for discussions about a potential pretrial disposition. The Clerk of Court is directed to terminate Dkt. No. 16. SO ORDERED.

Dated: 1/23/2025