# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman  
Jeremy Schneider  
Robert A. Soloway  
David Stern  
Rachel Perillo

Tel: (212) 571-5500  
Fax: (212) 571-5507

May 6, 2025

> Request GRANTED. The Status Conference is hereby adjourned to Monday, June 23, 2025, at 11:30 a.m. Speedy Trial Time excluded until June 23, 2025, to allow for the completion of expert evaluation and continued discussions regarding a potential disposition of this matter. The Clerk of Court is respectfully directed to terminate Dkt. No. 25. SO ORDERED.
>
> Dated: May 7, 2025

BY ECF

Hon. Margaret M. Garnett  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, New York 10007

Re: <u>United States v. Hector Munoz Dominguez, 24 Cr. 535 (MMG)</u>

Dear Judge Garnett:

    I write without objection of the government, by AUSA Jerry Fang, seeking an extension of the date for the next status conference in the referenced matter currently scheduled for Friday, May 9. The reason for this request is that am awaiting the completion of an expert evaluation of my client, which is scheduled for May 13. Following the in-person meeting, it is expected the expert will either require a follow-up meeting, or will be ready to report his findings. At this time, after discussion with the expert, counsel respectfully requests a 45 day extension of Friday's conference date. The parties continue to be engaged in plea negotiations and the defendant has no objection to the exclusion of time so that such negotiations may continue.

    Thank you very much for your attention.

Respectfully submitted,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc

cc: AUSA Jerry J. Fang  
    (by ECF)