

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 20, 2025

**BY ECF**

The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Request GRANTED. The Status Conference is hereby adjourned to Monday July 21, 2025, at 11:00 a.m. Speedy Trial Time excluded until July 21, 2025, to allow for continued discussions about a potential disposition of this matter. The Clerk of Court is respectuflly directed to terminate Dkt. No. 27. SO ORDERED.
>
> Dated: June 20, 2025

Re:   *United States v. Hector Luis Munoz Dominguez*, 24 Cr. 535 (MMG)

Dear Judge Garnett:

The Government respectfully writes on behalf of both parties to request a 30-day adjournment of the June 23, 2025 conference in this matter. The Government received an expert report from the defendant on June 18, 2025, which the Government is evaluating in connection with ongoing plea discussions in this matter. To enable sufficient time for the parties to continue their discussions regarding a potential pre-trial resolution, the parties jointly and respectfully request that the June 23, 2025 conference be further adjourned by approximately 30 days to a date convenient for the Court.

The Government also requests that Speedy Trial time be excluded from June 23, 2025 through the date of any rescheduled conference, as the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). Counsel for the defendant consents to this exclusion of time.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Jerry J. Fang
Assistant United States Attorney
Southern District of New York
Tel. 212-637-2584

cc: Robert Soloway, Esq. (by ECF)