

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 19, 2025

**BY ECF**
The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Hector Luis Munoz Dominguez*, 24 Cr. 535 (MMG)

Dear Judge Garnett:

The Government respectfully writes on behalf of both parties to request a further 30-day adjournment of the September 22, 2025 conference in this matter. The Government is continuing to evaluate and discuss a potential pre-trial resolution with counsel for the defendant, including the defendant's potential eligibility for relief pursuant to 18 U.S.C. § 3553(f). To enable sufficient time for the parties to continue their discussions, the parties jointly and respectfully request that the September 22, 2025 conference be further adjourned by approximately 30 days to a date convenient for the Court.

The Government also requests that Speedy Trial time be excluded from September 22, 2025 through the date of any rescheduled conference, as the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). Counsel for the defendant consents to this exclusion of time.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Jerry J. Fang
Assistant United States Attorney
Southern District of New York
Tel. 212-637-2584

Request GRANTED. The status conference is hereby adjourned to Tuesday, October 28, 2025, at 1:30 p.m. Speedy Trial time is excluded until October 28, 2025, to allow for the continued discussions about a potential disposition of this matter. The Clerk of Court is respectfully directed to terminate Dkt. No. 32. SO ORDERED.

Dated: 9/19/2025

cc: Robert Soloway, Esq. (by ECF)