

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 27, 2025

**BY ECF**
The Honorable Margaret M. Garnett
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Request GRANTED. The Status conference is hereby adjourned to **Monday, December 1, 2025, at 10:30 a.m.** Speedy Trial time is excluded until December 1, 2025, to allow for the continued discussions about a potential disposition of this matter. The Clerk of Court is respectfully directed to terminate Dkt. No. 35. SO ORDERED.
>
> Dated: October 27, 2025

Re:   *United States v. Hector Luis Munoz Dominguez*, 24 Cr. 535 (MMG)

Dear Judge Garnett:

      The Government respectfully writes on behalf of both parties to request a further 30-day adjournment of the October 28, 2025 conference in this matter. The parties have continued to have productive discussions regarding a potential pre-trial resolution. To enable sufficient time for the Government to finalize and transmit an anticipated plea offer and for the defendant to consider it,[1] the parties jointly and respectfully request that the October 28, 2025 conference be further adjourned by approximately 30 days to a date convenient for the Court. The Government also requests that Speedy Trial time be excluded from October 28, 2025 through the date of any rescheduled conference, as the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). Counsel for the defendant consents to this exclusion of time.

      Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Jerry J. Fang
Assistant United States Attorney
Southern District of New York
Tel. 212-637-2584

cc: Robert Soloway, Esq. (by ECF)

---

[1] The undersigned Assistant U.S. Attorney is currently on trial before the Honorable Jessica G. L. Clarke, which is expected to conclude by November 6, 2025.