# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern
Rachel Perillo

November 28, 2025

Tel: (212) 571-5500
Fax: (212) 571-5507

Request GRANTED. The change of plea hearing is scheduled for **Tuesday, December 2, 2025, at 1:30 p.m**. The Clerk of Court is respectfully directed to terminate Dkt. No. 37. SO ORDERED.

Dated: December 1, 2025

BY ECF

Hon. Margaret M. Garnett
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: <u>United States v. Hector Munoz Dominguez, 24 Cr. 535 (MMG)</u>

Dear Judge Garnett:

I write to request that the change of plea hearing in the instant matter be scheduled for a date next week and advise the Court that the parties have agreed to terms pursuant to a written plea agreement. I am unable to appear on Monday, December 1, the date of the next status conference, due to personal matters I must attend to that day. I have been in contact with AUSA Fang, who advises he has no objection to canceling Monday's status conference, or to my request that the change of plea be scheduled for a date next week, other than Monday. I am available any time next week with the exception of Friday afternoon. Mr. Fang advises he is available next week any time Tuesday other than 11-1, any time Wednesday morning, and any time Friday. Should these times not be available for the Court, the parties respectfully request another time on the first day available the following week.

Thank you very much for your attention to this matter.

Respectfully submitted,

*Robert A. Soloway*
Robert A. Soloway

RAS:sc

cc: AUSA Jerry J. Fang
(by ECF)