UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>               Plaintiff(s),<br><br>      -against-<br><br>Hector Luis Munoz Dominguez,<br><br>             Defendant(s). | 24-CR-0535 (MMG)<br><br>**ORDER** |

MARGARET M. GARNETT, United States District Judge:

Sentencing in this matter is rescheduled for April 16, 2026, at 10:30 a.m. in Courtroom

1105 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

Dated: March 30, 2026
      New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge